

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00398-CR

**ZACHARY ALLEN MANGHAM,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 220th District Court
Bosque County, Texas
Trial Court No. 10-06-14426-BCCR**

## MEMORANDUM OPINION

Zachary Allen Mangham and the State have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties have entered into a plea agreement and no longer wish to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed January 18, 2012
[CR25]